IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD JAMES JOHNSON, § | | |
|    ID # 065808, § | | |
|       Petitioner, § | | |
| § | | |
| v. § | No. 3:25-CV-1618-E-BW | |
| § | | |
| NAVARRO COUNTY, § | | |
|       Respondent. § | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and Plaintiff's objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.  For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment the Amended Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, received on July 14, 2025 (Dkt. No. 5), will be **DISMISSED** without prejudice for failure to exhaust state remedies.

A certificate of appealability (COA) is not required to appeal the denial of relief under 28 U.S.C. § 2241.  *See Padilla v. United States*, 416 F. 424, 425 (5th Cir. 2005).  If the petitioner files a notice of appeal, he must pay the $605.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**SIGNED this 7th day of August, 2025.**

                                                                               Ada Brown
                                                            UNITED STATES DISTRICT JUDGE